# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Brett Thomas Green,

              Plaintiff,

v.

Hearing Officer Michael Parks, and
Warden Michelle Smith,

              Defendants.

Civ. No. 14-0857 (ADM/BRT)

**ORDER**

---

Brett Thomas Green, MCF-Rush City, 7600 525th St., Rush City, MN 55069, *pro se* Plaintiff.

Margaret E. Jacot, Esq., Minnesota Attorney General's Office, counsel for Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 9, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that this action, including Plaintiff Brett Thomas Green's pending motion for summary judgment (Doc. No. 28), is **DISMISSED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: October 30, 2015

s/Ann D. Montgomery
_____
ANN D. MONTGOMERY
United States District Judge